

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00897-CV

Lyn Noble **HAWTHORNE** a/k/a Lyn Hawthorne,
Appellants

v.

Jack **GUENTHER,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20197
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The clerk's record was originally due on January 22, 2014. On January 28, 2014, the trial court clerk responded to our notice by filing a Notification of Late Record, stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than February 10, 2014</u> that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court